AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Columbia

Eli Mast
Rachel Mast

V.

United States GOV.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER  1:06CV01313

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 07/24/2006

TO: (Name and address of Defendant)

Alberto Gonzales
United States Attorney General
950 Pennsylvania Ave
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~PRO SE~~ (name and address)

Eli Mast
Rachel Mast
Route 2, Box 2665
Seymour, Missouri

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

_H. Higgins_
(By) DEPUTY CLERK

JUL 24 2006
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | Aug 3, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Eli Mast | Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): US Postal Service Certified Mail # 7004 2890 0003 8909 3598

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Aug 3, 2006
             Date         Signature of Server

RT 2 Box 2665
Seymour, MO 65746
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED
AUG 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT