AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Columbia _____

Eli Mast
Rachel Mast

**SUMMONS IN A CIVIL ACTION**

V.

United States Gov't.

CASE NUMBER  1:06CV01313

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 07/24/2006

TO: (Name and address of Defendant)

Kenneth L. Wainstein,
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530
Attention: Civil Process Clerk

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF  Pro Se  (name and address)

Eli Mast
Rachel Mast
Route 2, Box 2665
Seymour, Missouri

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         JUL 2 4 2006
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE Aug 3, 2006 | Delivered 8/7/06 |
| NAME OF SERVER (PRINT) Eli Mast | TITLE Plaintiff | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): US Postal Service Certified Mail # 7001 0320 0001 6731 4193

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Aug 3, 2006
                  Date

Signature of Server: Eli Mast

Address of Server: RT 2, Box 2665, Seymour, MO. 65746

RECEIVED
AUG 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.