IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ELI MAST & RACHEL MAST ) | |
| ) | |
| Plaintiffs, ) | No. 1:06-1313 (RJL) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' MOTION TO DISMISS COMPLAINT**

DEFENDANT, the United States of America, by and through its attorneys and under Fed. R. Civ. P. 12(b), moves for dismissal of plaintiffs' complaint.

As grounds for this motion, the United States asserts that plaintiffs failed to properly serve the United States, and the Court lacks subject matter jurisdiction over the complaint, due to plaintiffs' failure to exhaust his administrative remedies prior to filing suit, and that plaintiffs' claims for declaratory relief are barred by the tax exception to the Declaratory Judgment Act. These grounds for relief are more fully set forth and discussed in a memorandum of law served and filed with this motion.

The specific relief sought by this motion is dismissal of the complaint.

DATED: September 22, 2006.    Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044
Phone/Fax: (202) 307-6390/514-6866
Email: pat.genis@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' MOTION TO DISMISS COMPLAINT was filed in accordance with the Court's ECF system, and served on September 22, 2006, by sending a copy by first-class mail, postage prepaid, addressed as follows:

> Eli Mast
> Rachel Mast
> Plaintiffs *pro se*
> Route 2, Box 2665
> Seymour, MO 65746

          /s/ Pat S. Genis
          PAT S. GENIS, #446244