IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELI MAST & RACHEL MAST | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:06-1313 (RJL) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Having considered the UNITED STATES' MOTION TO DISMISS COMPLAINT, the supporting memorandum of points and authorities, any opposition and reply thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED; and it is further

ORDERED that this action be, and is, DISMISSED; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this ____ day of _____ 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

Eli Mast
Rachel Mast
Plaintiffs *pro se*
Route 2, Box 2665
Seymour, MO 65746

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the proposed ORDER was filed in accordance with the Court's ECF procedures, and served on September 22, 2006, by sending a copy by First-Class mail, postage prepaid, addressed to the following persons:

>Eli Mast
>Rachel Mast
>Plaintiffs *pro se*
>Route 2, Box 2665
>Seymour, MO 65746

/s/ Pat S. Genis<br>
PAT S. GENIS, #446244