UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ELI MAST & RACHEL MAST, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Case No. 1:06-1313 (RJL) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**
(October 27, 2006)

Pending before the Court is defendant's Motion to Dismiss, which was filed on September 22, 2006. Because a ruling on defendant's motion may dispose of the case, plaintiffs are advised of their obligation under the Federal Rules of Civil Procedure and the local rules of this Court.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* litigants of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is hereby

**ORDERED** that plaintiffs shall respond to defendant's motions within 30 days of this Order. If plaintiffs fails to respond, the Court may treat the motions as conceded and dismiss the complaint against defendant.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge