UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| ELI MAST & RACHEL MAST | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | No. 1:06-1313 (RJL) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| **Defendant.** | ) | |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 12th day of February, 2007, hereby

**ORDERED** that defendant's Motion to Dismiss [#5] is GRANTED and it is further

**ORDERED** that plaintiffs' Motion to Bifurcate [#8] is DENIED as moot and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is DISMISSED.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge